# NO. 12-22-00083-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TIFFANY DENISE FRANKLIN,*<br>*APPELLANT* | § | *APPEAL FROM THE 284TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *BARBARA J. CONROY,*<br>*APPELLEE* | § | *MONTGOMERY COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Tiffany Denise Franklin, and Appellee, Barbara J. Conroy, filed a joint motion to dismiss this appeal. The motion states that the parties reached a settlement agreement that resolves this matter. Accordingly, the joint motion to dismiss is granted, and the appeal is *dismissed*. *See* TEX. R. APP. P. 42.1(a). In accordance with the parties' agreement, costs are taxed against the party incurring same and we direct the Clerk of this Court to issue the mandate within ten days of this opinion. *See* TEX. R. APP. P. 18.1(c).

Opinion delivered December 7, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 7, 2022**

**NO. 12-22-00083-CV**

**TIFFANY DENISE FRANKLIN,**
Appellant
V.
**BARBARA J. CONROY,**
Appellee

Appeal from the 284th District Court

of Montgomery County, Texas (Tr.Ct.No. 19-05-06159-CV)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*